169 A.3d 492

IN THE MATTER OF BRIAN H. REIS, AN ATTORNEY
AT LAW (ATTORNEY NO. 045811991)

September 28, 2017

ORDER

The Disciplinary Review Board having filed with the Court, its decision in DRB 16–285 recommending that as a matter of final discipline pursuant to *Rule* 1:20–13, **BRIAN H. REIS of NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1991, and who has been suspended from practice since August 11, 2015, be disbarred for violating *RPC* 1.15(a)(knowing misappropriation); *RPC* 8.4(b)(criminal act that reflects adversely on the

lawyer's honesty, trustworthiness or fitness as a lawyer in other respects); *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation); and the principles stated in *In re Wilson*, 81 *N.J.* 451, 409 *A.*2d 1153 (1979), and *In re Hollendonner*, 102 *N.J.* 21, 504 *A.*2d 1174 (1985);

And **BRIAN H. REIS** having been ordered to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **BRIAN H. REIS** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **BRIAN H. REIS** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **BRIAN H. REIS** comply with *Rule* 1:20-20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.